# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

DEBRA RODRIGUEZ,

    Plaintiff,

        **v.**

HILTI, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 2985 EMC**

**TO:** (Name and address of defendant)

HILTI, INC.
136 - 98th Avenue, Suite A
Oakland, California 94603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis A. Highman, Lawrence Ball
HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, California 94102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    JUN 7 2007

(BY) DEPUTY CLERK

BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | on  June 12, 2007 |

| Name of SERVER | TITLE |
|---|---|
| LOUIS A. HIGHMAN | Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☒    Other *(specify):*    Service of process was done in accordance with Rule Four of the Federal Rules of Civil Procedure, and the California Code of Civil Procedure Section 415.40.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 18, 2007
           *Date*

*Signature of Server*
870 Market Street, Suite 467
San Francisco, CA  94102

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kelly Beaver, Esq.<br>Vice President Legal &<br>General Counsel<br>HILTI, INC.<br>5400 South 122th East Avenue<br>Tulsa, OK  74121 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>JUN  2007<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0005 7403 0788 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LOUIS A. HIGHMAN, ESQ.
HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102

Debra Rodriguez