1   BRIAN T. McMILLAN, Bar No. 111890
    MARYAM S. KARSON, Bar No. 221184
2   LITTLER MENDELSON
    A Professional Corporation
3   50 West San Fernando Street, 14th Floor
    San Jose, CA 95113.2303
4   Telephone:   408.998.4150
    Facsimile:    408.288.5686
5   bmcmillan@littler.com
    mkarson@littler.com
6

7   Attorneys for Defendant
    HILTI, INC.
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  DEBRA RODRIGUEZ,                    Case No. C 07 2985 EMC

12              Plaintiff,              **STIPULATION TO EXTEND TIME FOR
                                        DEFENDANT TO RESPOND TO
13      v.                              COMPLAINT**

14  HILTI, INC.,

15              Defendant.

16

17          Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the

18  Northern District of California, Counsel for the parties have agreed that Defendant may have to and

19  including <u>Monday, July 23, 2007,</u> to file and serve its answer or otherwise respond to the complaint

20  in this action.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. C 07 2985 EMC

STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT

1    No other extensions of time have been obtained by the parties.

2    IT IS SO STIPULATED:

3    Dated: July _6_, 2007

4

5

6    BRIAN T. MCMILLAN
     LITTLER MENDELSON
7    A Professional Corporation
     Attorneys for Defendant
8    HILTI, INC.

Dated: July _10_, 2007
9

10

11   LOUIS A. HIGHMAN
     HIGHMAN, HIGHMAN & BALL
12   Attorneys for Plaintiff
     DEBRA RODRIGUEZ
13

14   Firmwide:82740343.1 800000.1000

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408.998.4150

Case No. C 07 2985 EMC

**STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT**