1  BRIAN T. McMILLAN, Bar No. 111890
   MARYAM S. KARSON, Bar No. 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.998.4150
   Facsimile:   408.288.5686
5  bmcmillan@littler.com
   mkarson@littler.com
6

7  Attorneys for Defendant
   HILTI, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  DEBRA RODRIGUEZ,                    Case No.  C 07 2985 EMC

12              Plaintiff,               STIPULATION TO EXTEND TIME FOR
                                         DEFENDANT TO RESPOND TO
13       v.                              COMPLAINT ; ORDER

14  HILTI, INC.,

15              Defendant.

16

17       Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the

18  Northern District of California, Counsel for the parties have agreed that Defendant may have to and

19  including Monday, July 23, 2007, to file and serve its answer or otherwise respond to the complaint

20  in this action.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. C 07 2985 EMC

STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT

1   No other extensions of time have been obtained by the parties.

2   IT IS SO STIPULATED:

3   Dated: July 6, 2007

_____
BRIAN T. MCMILLAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HILTI, INC.

Dated: July 10, 2007

_____
LOUIS A. HIGHMAN
HIGHMAN, HIGHMAN & BALL
Attorneys for Plaintiff
DEBRA RODRIGUEZ

Firmwide:82740343.1 800000.1000

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.   Case No. C 07 2985 EMC

**STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT**