LOUIS A. HIGHMAN, CBN 61703
LAWRENCE BALL, CBN 60496
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Facsimile: (415) 982-5202

Attorneys for Plaintiff Debra Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA RODRIGUEZ,

    Plaintiff(s),

v.

HILTI, INC.,

    Defendant(s).

No. C -07-2985 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 13, 2007

_____
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")