BRIAN T. McMILLAN, Bar No. 111890
MARYAM S. KARSON, Bar No. 221184
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686
bmcmillan@littler.com
mkarson@littler.com

Attorneys for Defendant
HILTI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBRA RODRIGUEZ, | Case No.  C 07 2985 EMC |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE** |
| v. | |
| HILTI, INC., | |
| Defendant. | |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United State Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 13, 2007

_____
BRIAN T. MCMILLAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HILTI, INC.

Firmwide:82778762.1 057151.1000

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQ. FOR
REASSIGNMENT TO A U.S. DISTRICT JUDGE

Case No. C 07 2985 EMC