IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, et al., | No. C 07-3467 MJJ |
| Plaintiff(s), | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | **CLERK'S NOTICE**<br>**(Setting Case Management**<br>**Conference in Reassigned case)** |
| Defendant(s). | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the accompanying notice of electronic filing)

THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, October 16, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than **October 9, 2007.**

Dated: July 24, 2007                              FOR THE COURT,

                                                                  Richard W. Wieking, Clerk

                                                                  By:_____
                                                                  Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.