1   BRIAN T. McMILLAN, Bar No. 111890
    MARYAM S. KARSON, Bar No. 221184
2   LITTLER MENDELSON
    A Professional Corporation
3   50 West San Fernando Street, 14th Floor
    San Jose, CA 95113.2303
4   Telephone:    408.998.4150
    Facsimile:    408.288.5686
5   bmcmillan@littler.com
    mkarson@littler.com
6

7   Attorneys for Defendant
    HILTI, INC.
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  DEBRA RODRIGUEZ,                    Case No.  C 07 2985 EMC

12              Plaintiff,              **STIPULATION TO EXTEND TIME FOR
                                        DEFENDANT TO RESPOND TO
13        v.                            COMPLAINT**

14  HILTI, INC.,

15              Defendant.

16

17          Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the

18  Northern District of California, Counsel for the parties have agreed that Defendant may have to and

19  including August 15, 2007, to file and serve its answer or otherwise respond to the complaint in this

20  action.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408.998.4150

Case No. C 07 2985 EMC

STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT

1          This is the second stipulation the parties have entered into with respect to an

2    extension of time to respond to Plaintiff's complaint.

3          IT IS SO STIPULATED:

4    Dated: July 20, 2007

5

6

7          BRIAN T. MCMILLAN

      LITTLER MENDELSON

8          A Professional Corporation

      Attorneys for Defendant

9          HILTI, INC.

Dated: July 25, 2007

10

11

12          LOUIS A. HIGHMAN

      HIGHMAN, HIGHMAN & BALL

13          Attorneys for Plaintiff

      DEBRA RODRIGUEZ

14

15    Firmwide:82808701.1 057151.1000

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
16th Floor
San Jose, CA 95113-2303
408.998.4150

Case No. C 07 2985 EMC

STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT