1  BRIAN T. McMILLAN, Bar No. 111890
   MARYAM S. KARSON, Bar No. 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
4  Telephone:  408.998.4150
   Facsimile:  408.288.5686
5  bmcmillan@littler.com
   mkarson@littler.com
6

7  Attorneys for Defendant
   HILTI, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 DEBRA RODRIGUEZ,                 Case No. C 07 2985 EMC

12         Plaintiff,                STIPULATION TO EXTEND TIME FOR
                                     DEFENDANT TO RESPOND TO
13     v.                            COMPLAINT

14 HILTI, INC.,

15         Defendant.

16

17         Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the

18 Northern District of California, Counsel for the parties have agreed that Defendant may have to and

19 including August 15, 2007, to file and serve its answer or otherwise respond to the complaint in this

20 action.

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1   This is the second stipulation the parties have entered into with respect to an
2   extension of time to respond to Plaintiff's complaint.
3   IT IS SO STIPULATED:
4   Dated: July 20, 2007

    _____
    BRIAN T. MCMILLAN
    LITTLER MENDELSON
    A Professional Corporation
    Attorneys for Defendant
    HILTI, INC.

    Dated: July 25, 2007

    _____
    LOUIS A. HIGHMAN
    HIGHMAN, HIGHMAN & BALL
    Attorneys for Plaintiff
    DEBRA RODRIGUEZ

Firmwide:82808701.1 057151.1000



IT IS SO ORDERED
Judge Martin J. Jenkins
7/27/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113-2303
408.998.4150

2.     Case No. C 07 2985 EMC

STIPULATION TO EXTEND TIME FOR DFT TO RESPOND TO COMPLAINT