1  LOUIS A. HIGHMAN, State Bar No. 61703
   LAWRENCE BALL, State Bar No. 60496
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone:  (415) 982-5563
   Facsimile:  (415) 982-5202
5
   Attorneys for Plaintiff Debra Rodriguez
6

7  BRIAN T. McMILLAN, State Bar No. 111890
   MARYAM S. KARSON, State Bar No. 221184
8  LITTLER MENDELSON
   A Professional Corporation
9  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
10 Telephone:  (408) 998-4150
   Facsimile:  (408) 288-5686
11
   Attorneys for Defendant HILTI, INC.
12

13                 In the United States District Court
14              In and for the Northern District of California
15

16

17 DEBRA RODRIGUEZ,                 Civ. No. C 07 2985 MJJ

18          Plaintiff,              STIPULATION TO SUBMIT
                                    MATTER TO BINDING
      -v-                           ARBITRATION AND STAY
19                                  ACTION PENDING CONCLUSION
                                    OF ARBITRATION, AND
20 HILTI, INC.,                     ORDER THEREON

21          Defendant.
                           /
22  _____

23     IT IS HEREBY STIPULATED by and between the parties to

24 the above-entitled case, by and through their respective

25 counsel, as follows:

26     IT IS HEREBY STIPULATED that this Court shall order the

27 above-entitled case, Debra Rodriguez v. Hilti, Inc., Case No.

28

1   C 07 2985 MJJ to binding arbitration.

2       IT IS FURTHER STIPULATED that the Hon. Demitrios P.

3   Agretelis (Ret.) shall be appointed as the neutral arbitrator

4   in the binding arbitration of this matter, and shall be the

5   only arbitrator.

6       IT IS FURTHER STIPULATED that the arbitration

7   proceedings shall be conducted in San Francisco, California.

8     .  IT IS FURTHER STIPULATED that the prevailing JAMS

9   arbitration rules shall be applicable to the binding

10  arbitration of this matter with the following exception,

11  i.e., that instead of the JAMS arbitration rules as to

12  discovery applying to this case, discovery in this case shall

13  instead be conducted in accordance with, and governed by, all

14  rules governing discovery set forth in the Federal Rules of

15  Civil Procedure and Local Rules for the Northern District of

16  California.  Additionally, each side shall serve initial

17  disclosures on the other side, in accordance with the

18  procedure set forth in the Federal Rules of Civil Procedure

19  and the Local Rules of the Northern District of California.

20  The appointed arbitrator shall have the authority and power

21  to issue subpoenas for the attendance of witnesses or the

22  production of documents in connection with discovery

23  proceedings and/or at any trial of this matter.  The

24  appointed arbitrator shall oversee discovery, and shall

25  resolve all disputes concerning discovery, in accordance with

26  the rules governing discovery set forth in the Federal Rules

27  of Civil Procedure and Local Rules for the Northern District

28

1  of California.

2      IT IS FURTHER STIPULATED that this action shall be

3  stayed pending the conclusion of the binding arbitration.

4      IT IS ALSO STIPULATED that Plaintiff's arbitration fees

5  and costs shall be paid by defendant Hilti, Inc.

6      SO STIPULATED.

7

8  Dated:    8/31/07

9

10                                    BRIAN T. McMILLAN
                                      LITTLER MENDELSON

11                                    A Professional Corporation
                                      Attorneys for Defendant

12                                    HILTI, INC.

13 Dated:    8/31/07

14                                      LOUIS A. HIGHMAN
                                      HIGHMAN, HIGHMAN & BALL

15                                    Attorneys for Plaintiff
                                      DEBRA RODRIGUEZ

16

17                           ORDER

18     Good cause appearing therefor,

19     IT IS HEREBY ORDERED THAT the above-entitled case, Debra

20 Rodriguez v. Hilti, Inc., Case No. C 07 2985 MJJ is referred

21 to binding arbitration, as per the terms and conditions set

22 forth in the stipulation of the parties pertaining thereto.

23 DATED:

24                            HON. MARTIN J. JENKINS

25

26

27

28