```
 1  LOUIS A. HIGHMAN, State Bar No. 61703
    LAWRENCE BALL, State Bar No. 60496
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, CA 94102
 4  Telephone:  (415) 982-5563
    Facsimile:  (415) 982-5202
 5
    Attorneys for Plaintiff Debra Rodriquez
 6


 7  BRIAN T. McMILLAN, State Bar No. 111890
    MARYAM S. KARSON, State Bar No. 221184
 8  LITTLER MENDELSON
    A Professional Corporation
 9  50 West San Fernando Street, 14th Floor
    San Jose, CA  95113.2303
10  Telephone:  (408) 998-4150
    Facsimile:  (408) 288-5686
11
    Attorneys for Defendant HILTI, INC.
12

13
                In the United States District Court
14
             In and for the Northern District of California
15

16

17  DEBRA RODRIGUEZ,                    Civ. No. C 07 2985 MJJ

18          Plaintiff,                  STIPULATION TO SUBMIT
        -v-                             MATTER TO BINDING
19                                      ARBITRATION AND STAY
                                        ACTION PENDING CONCLUSION
20  HILTI, INC.,                        OF ARBITRATION, AND
                                        ORDER THEREON
21          Defendant.
                                    /
22

23      IT IS HEREBY STIPULATED by and between the parties to

24  the above-entitled case, by and through their respective

25  counsel, as follows:

26      IT IS HEREBY STIPULATED that this Court shall order the

27  above-entitled case, Debra Rodriguez v. Hilti, Inc., Case No.

28
```

C 07 2985 MJJ to binding arbitration.

IT IS FURTHER STIPULATED that the Hon. Demitrios P. Agretelis (Ret.) shall be appointed as the neutral arbitrator in the binding arbitration of this matter, and shall be the only arbitrator.

IT IS FURTHER STIPULATED that the arbitration proceedings shall be conducted in San Francisco, California.

IT IS FURTHER STIPULATED that the prevailing JAMS arbitration rules shall be applicable to the binding arbitration of this matter with the following exception, i.e., that instead of the JAMS arbitration rules as to discovery applying to this case, discovery in this case shall instead be conducted in accordance with, and governed by, all rules governing discovery set forth in the Federal Rules of Civil Procedure and Local Rules for the Northern District of California. Additionally, each side shall serve initial disclosures on the other side, in accordance with the procedure set forth in the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California. The appointed arbitrator shall have the authority and power to issue subpoenas for the attendance of witnesses or the production of documents in connection with discovery proceedings and/or at any trial of this matter. The appointed arbitrator shall oversee discovery, and shall resolve all disputes concerning discovery, in accordance with the rules governing discovery set forth in the Federal Rules of Civil Procedure and Local Rules for the Northern District

1  of California.
2      IT IS FURTHER STIPULATED that this action shall be
3  stayed pending the conclusion of the binding arbitration.
4      IT IS ALSO STIPULATED that Plaintiff's arbitration fees
5  and costs shall be paid by defendant Hilti, Inc.
6      SO STIPULATED.

8  Dated: 8/31/07
9  _____
   BRIAN T. McMILLAN
10 LITTLER MENDELSON
   A Professional Corporation
11 Attorneys for Defendant
   HILTI, INC.

13 Dated: 8/31/07
14 _____
   LOUIS A. HIGHMAN
   HIGHMAN, HIGHMAN & BALL
15 Attorneys for Plaintiff
   DEBRA RODRIGUEZ

17                    ORDER
18     Good cause appearing therefor,
19     IT IS HEREBY ORDERED THAT the above-entitled case, <u>Debra
20 Rodriguez v. Hilti, Inc.</u>, Case No. C 07 2985 MJJ is referred
21 to binding arbitration, as per the terms and conditions set
22 forth in the stipulation of the parties pertaining thereto.
23 DATED: September 4, 2007

24                    HON. MARTIN J. JENKINS

IT IS SO ORDERED
Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip and Order Re Arbitration--Debra Rodriguez v. Hilti, Inc. Civ. No. C 07 2985 MJJ