United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA RODRIGUEZ,                              # C 07-2985 VRW

    Plaintiff,                             ORDER

  v

HILTI, INC,

    Defendant.
_____/

    On September 11, 2007, the court approved the parties' stipulation to stay this matter pending the outcome of binding arbitration proceedings. Doc #16. A full year has elapsed without further activity in the case other than the reassignment of the matter to the undersigned.

    The court now orders the parties, on or before October 10, 2008, to submit a joint status report. If no such communication is received, the case will be dismissed without prejudice.

    IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge