LAWRENCE BALL, CBN 61496
LOUIS A. HIGHMAN, CBN 61703
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone: (415) 982-5563
Facsimile: (415) 982-5202

Attorneys for Plaintiff
DEBRA RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA RODRIGUEZ,

Plaintiff,

-v-

HILTI, INC.,

Defendant.

_______________________________/

Case No. C 07-02985 VRW

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ~~[PROPOSED]~~ ORDER

(F.R.Civ.P. Rule 41[a][1])

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Debra Rodriguez and defendant Hilti, Inc., by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice. Neither side will seek or recover a court award for attorneys' fees and costs.

SO STIPULATED:

DATED: July 23, 2009.

LOUIS A. HIGHMAN
BRUCE J. HIGHMAN
LAW OFFICES OF HIGHMAN, HIGHMAN & BALL

By /s/ Louis A. Highman
Attorneys for Plaintiff
DEBRA RODRIGUEZ

DATED: July 23, 2009.

MICHAEL W. WARREN
LITTLER MENDELSON

By /s/ Michael W. Warren
Attorneys for
Defendant HILTI, INC.

ORDER

Good cause appearing therefor, IT IS SO ORDERED.

DATED: July 30, 2009.

HON. VAUGHN R. WALKER
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Vaughn R Walker